UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ISLAND JEEP INCORPORATED,

    Plaintiff,

    – against –

CHRYSLER GROUP, LLC,

    Defendant.
----------------------------------------X

ORDER
10-CV-0445 (JFB)(WDW)

JOSEPH F. BIANCO, District Judge:

On February 2, 2010, plaintiff filed an Order to Show Cause and accompanying exhibits. IT IS HEREBY ORDERED that the parties shall participate in a telephone conference on Wednesday, February 3, 2010 at 2:30 p.m. to discuss the Order. At that time, counsel for plaintiff shall initiate the call and, once all parties are on the line, shall contact Chambers at (631) 712 5670. IT IS FURTHER ORDERED that plaintiff shall serve a copy of this order on defendant.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    February 2, 2010
           Central Islip, NY